**FILED** Nov 25 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
NOV 25 2024

FILED
DOCKETED
DATE
INITIAL

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF Arizona

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:24-cv-02014-JJT

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 9/6/24

Date of judgment or order you are appealing: 11/12/24

Docket entry number of judgment or order you are appealing: 20

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☐ Yes  ☐ No  ☑ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

DEAntoine Warren

Is this a cross-appeal? ☐ Yes  ☑ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ☐ Yes  ☑ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:           State:           Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: *DeAntoine Warren*    Date: 11/19/24

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                         Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> DeAntoine Warren

Name(s) of counsel (if any):

>

Address: 11602 W. HackBarth Dr.

Telephone number(s): 602.570.1023

Email(s): mrdlwarren@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☐ Yes   ☑ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> David Baccum, Anthony Chiandiletti, Tiffany Kostas, Jennifer McKee

Name(s) of counsel (if any):

>

Address: 180 S. Arizona Ave Ste 301 Chandler AZ 85225

Telephone number(s): 866.711.1700

Email(s):

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                                    1                                      New 12/01/2018

DeAntoine Warren
11602 W. Hackbarth Dr.
Young Town, AZ 85363

Clerk of
United States
Of Appeals
Ninth C[ircuit]
P.O. Box
San Franc[isco]



ren
K Barth Dr.
85363

Clerk of the Court
United States Court
of Appeals for the
Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119