```
                                            ☒ FILED      ___ LODGED
                                            ___ RECEIVED ___ COPY

         UNITED STATES DISTRICT COURT         DEC 0 2 2024

FOR THE DISTRICT OF  Arizona                CLERK U S DISTRICT COURT
                                             DISTRICT OF ARIZONA
                                            BY_____ DEPUTY
```

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: **2:24-cv-02014-JJT**

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: **August 9, 2024**

Date of judgment or order you are appealing: **11-12-24**

Docket entry number of judgment or order you are appealing: **20**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes   ○ No   ☒ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

**DeAntoine Warren**

Is this a cross-appeal? ○ Yes  ☒ No

If yes, what is the first appeal case number? _____

Was there a previous appeal in this case?  ○ Yes   ○ No

If yes, what is the prior appeal case number? _____

Your mailing address (if pro se):

**11602 W. HackBarth Dr.**

City: **Youngtown**   State: **AZ**   Zip Code: **85363**

Prisoner Inmate or A Number (if applicable): _____

**Signature** /s/ DeAntoine Warren    **Date** 11-25-24

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Tiffany Kostas, David Baccum, Jennifer McKee and Anthony Ciandilertti

Name(s) of counsel (if any):

Address: 180 S Arizona Ave STE #301 Chandler, Az 85225

Telephone number(s): 866-711-1700

Email(s): N/A

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                           *1*                           New 12/01/2018