**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

De Antoine Warren,

Plaintiff,

v.

University of Arizona, *et al.*,

Defendants.

No. CV-24-02014-PHX-JJT

**ORDER**

At issue is the Referral Notice of the Ninth Circuit Court of Appeals (Doc. 23), which concerns the Notice of Appeal (Doc. 21) filed by Plaintiff De Antoine Warren, who proceeded *pro se* and *in forma pauperis* in this matter.

Under the Federal Rules of Appellate Procedure, Plaintiff may be entitled to proceed *in forma pauperis* on appeal without further authorization because this Court permitted Plaintiff to proceed *in forma pauperis* in this action. *See* Fed. R. App. P. 24(a)(3). However, because the Court dismissed the Fourth Amended Complaint without leave to amend (Doc. 20) and found that Plaintiff failed to state a claim upon which relief can be granted and failed to follow the Court's Orders, the Court now certifies that any appeal would be frivolous and would not be taken in good faith. *See* Fed. R. App. P. 24(a)(3)(A).

. . .

. . .

. . .

. . .

**IT IS THEREFORE ORDERED** that Plaintiff is not entitled to proceed *in forma pauperis* on appeal.

Dated this 4th day of December, 2024.

Honorable John J. Tuchi
United States District Judge

CC: Ninth Circuit Court of Appeals